# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| -vs- ) | No. CR 18-256 F |
| QUINTEZ KION ALLEN and ) | |
| JERON MANIC KILCULLEN, ) | Violations: 18 U.S.C. § 922(g)(1) |
| Defendants. ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 924(d) |
| ) | 28 U.S.C. § 2461(c) |

## INDICTMENT

**FILED**
OCT 16 2018
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

The Federal Grand Jury charges:

### COUNT 1
**(Felon in Possession of Firearms and Ammunition)**

On or about June 8, 2018, in Norman, Oklahoma, in the Western District of Oklahoma,

-------------------------------- QUINTEZ KION ALLEN and
JERON MANIC KILCULLEN, --------------------------------

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearms and ammunition:

(1) a Glock GmbH, Model 42, .380 auto caliber pistol, bearing serial number ACUP645;

(2) a Kel-Tec CNC Inc., Model PP3AT, .380 auto caliber pistol, bearing serial number L7893;

(3)  37 rounds of Tulammo brand .380 ACP FMJ ammunition; and

(4)  1 round of Winchester brand .380 auto FMJ ammunition,

which were in and affecting interstate commerce in that said firearms and ammunition had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2), and Title 18, United States Code, Section 2.

## FORFEITURE

A.  The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

B.  Upon conviction of the offense alleged in Count 1 of this Indictment, defendants **QUINTEZ KION ALLEN** and **JERON MANIC KILCULLEN** shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including but not limited to:

(1)  a Glock GmbH, Model 42, .380 auto caliber pistol, bearing serial number ACUP645;

(2)  a Kel-Tec CNC Inc., Model PP3AT, .380 auto caliber pistol, bearing serial number L7893;

(3)  37 rounds of Tulammo brand .380 ACP FMJ ammunition;

(4)  1 round of Winchester brand .380 auto FMJ ammunition; and

(5)  Any and all magazines and ammunition not otherwise specified.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
First Assistant U.S. Attorney

ASHLEY L. ALTSHULER
Assistant U.S. Attorney